■ Mary Mayhew et al., Respondents, v Wausau Underwriters Insurance Company, Appellant.—Judgment unanimously affirmed without costs for reasons stated at Special Term, Tait, J. (Appeal from judgment of Supreme Court,

Onondaga County, Tait, J.—arbitration.) Present—Dillon, P. J., Denman, Balio, Lawton and Davis, JJ.